**William L. Alexander** (State Bar Number 126607)
**Kathleen Rivera** (State Bar Number 211606)
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYEVERN CASEY | ) Case No. 1:08-CV-01811-LJO-DLB |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **DISCOVERY DEADLINE RE: NON** |
| vs. | ) **EXPERT; DECLARATION OF KATHLEEN** |
| | ) **RIVERA; ORDER** |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, a New York Corporation, and | ) Dennis L. Beck, U.S. Magistrate Judge |
| DOES 1-5, inclusive | ) Courtroom #9 (6th Floor) |
| | ) Trial Date: March 22, 2010 |
| Defendants. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, for the reasons set forth in the attached declaration: 1) that the deadline for non expert discovery shall be extended until October 16, 2009.

Dated: August 13, 2009                                    Dated: August 13, 2009


By: /s/ Michelle Y. McIsaac                               By: /s/ Kathleen Rivera
    Michelle Y. McIsaac                                       Kathleen Rivera
    Attorney for Defendant                                    Attorney for Plaintiff

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

STIPULATION AND ORDER TO EXTEND DISOVERY DEADLINE

I, Kathleen Rivera, declare as follows:

1. I am an attorney at law duly admitted to practice in the United States District Court, Eastern District of California, and am the attorney of record on behalf of plaintiff in the above-entitled matter.

2. I am personally familiar with all of the pleadings and papers in this case, and I have personal knowledge of the facts stated herein.  If called as a witness, I could and would competently testify to the matters stated in this declaration.

3. The deadline for non expert discovery is currently set for September 16, 2009.

4. The parties have recently begun settlement negotiations, and are hopeful at this point in the negotiations that a settlement will be reached, which will end the need for further discovery.

5. There have been no previous attorney-requested extensions of the discovery deadline. No further extensions will be requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 19, 2009 at Bakersfield, California.

By: /s/ Kathleen Rivera
KATHLEEN RIVERA
Attorney for Plaintiff

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2

STIPULATION AND ORDER TO EXTEND DISOVERY DEADLINE

**William L. Alexander** (State Bar Number 126607)
**Kathleen Rivera** (State Bar Number 211606)
Alexander & Associates
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYEVERN CASEY | ) Case No.  1:08-CV-01811-LJO-DLB |
| | ) |
| Plaintiff, | ) **ORDER ON STIPULATION TO EXTEND** |
| | ) **DISCOVERY DEADLINE** |
| vs. | ) |
| | ) Dennis L. Beck, U.S. Magistrate Judge |
| METROPOLITAN LIFE INSURANCE | ) Courtroom #9 (6th Floor) |
| COMPANY, a New York Corporation, and | ) Trial Date:  March 22, 2010 |
| DOES 1-5, inclusive | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

The parties having so stipulated, IT IS HEREBY ORDERED that:

The discovery deadline for non expert discovery shall be extended until October 16, 2009.

IT IS SO ORDERED.

Dated:  **August 19, 2009**                          /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

STIPULATION AND ORDER TO EXTEND DISOVERY DEADLINE