SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
MICHELLE Y. MCISAAC Bar No. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Metropolitan Life Insurance Company

ALEXANDER & ASSOCIATES, PLC
WILLIAM L. ALEXANDER
KATHLEEN RIVERA
1925 G Street
Bakersfield, CA  93301
Telephone:  (661) 316-7888
Facsimile:  (661) 316-7890

Attorneys for Plaintiff
Mayevern Casey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| MAYEVERN CASEY,<br><br>   Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO. 1:08-cv-1811 LJO DLB<br><br>ORDER CONTINUING CASE DATES |

SF/1629652v1

[PROPOSED] ORDER CONTINUING CASE DATES

1    Pursuant to the stipulation and agreement between Plaintiff Mayevern Casey ("Plaintiff")
2 and Defendant Metropolitan Life Insurance Company ("Defendant"), and good cause having
3 been shown, the following dates are continued in the case as follows:
4    1.    Non expert and expert discovery to be completed by November 20, 2009;
5    2.    Dispositive motions to be filed by December 8, 2009, and to be heard no later
6 than January 19, 2010.

8 IT IS SO ORDERED.

9    Dated:   **October 6, 2009**                    /s/ *Dennis L. Beck*
10                                                    UNITED STATES MAGISTRATE JUDGE

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1629652v1

-1-
[PROPOSED] ORDER CONTINUING CASE DATES