| | |
|---|---|
| 1 | **William L. Alexander** (State Bar Number 126607) |
| 2 | **Kathleen Rivera** (State Bar Number 211606) |
|   | Alexander & Associates |
| 3 | 1925 G Street |
|   | Bakersfield, CA  93301 |
| 4 | Phone:  (661) 316-7888 |
| 5 | Fax:  (661) 316-7890 |
| 6 | **Attorneys for Plaintiff** |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAYEVERN CASEY, | ) | Case No.  1:08-CV-01811-LJO-DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND DATE FOR** |
| | ) | **FILING OF DISPOSITIVE MOTIONS;** |
| vs. | ) | **DECLARATION OF KATHLEEN RIVERA;** |
| | ) | **ORDER** |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, a New York Corporation, and | ) | Dennis L. Beck, U.S. Magistrate Judge |
| DOES 1-5, inclusive | ) | Courtroom #9 (6th Floor) |
| | ) | Trial Date:  March 22, 2010 |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, for the reasons set forth in the attached declaration: 1) that the deadline for the filing of dispositive motions shall be extended from December 8, 2009 to December 22, 2009.

Dated:  October 29, 2009                                          Dated:  October 29, 2009

By: /s/ Michelle Y. McIsaac                                      By: /s/ Kathleen Rivera
    Michelle Y. McIsaac                                              Kathleen Rivera
    Attorney for Defendant                                          Attorney for Plaintiff

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING DATE

I, Kathleen Rivera, declare as follows:

1. I am an attorney at law duly admitted to practice in the United States District Court, Eastern District of California, and am the attorney of record on behalf of plaintiff in the above-entitled matter.

2. I am personally familiar with all of the pleadings and papers in this case, and I have personal knowledge of the facts stated herein. If called as a witness, I could and would competently testify to the matters stated in this declaration.

3. The deadline for filing of dispositive motions is currently set for December 8, 2009.

4. The parties engaged in good faith settlement negotiations. Such negotiations have ended, and until recently the parties have been unable to schedule necessary depositions.

5. The parties have agreed to schedule all depositions for the week of December 1st, 2009. Given that dispositive motions would have to be filed shortly thereafter, the parties request an extension of the filing date in order to obtain deposition transcripts necessary for the filing of such dispositive motions.

6. This request to extend the filing date for dispositive motions would not affect the hearing date for dispositive motions, currently set for January 19, 2010.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed on November 2, 2009 at Bakersfield, California.

By: /s/ Kathleen Rivera
KATHLEEN RIVERA
Attorney for Plaintiff

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2

STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING DATE

1  **William L. Alexander** (State Bar Number 126607)
2  **Kathleen Rivera** (State Bar Number 211606)
   Alexander & Associates
3  1925 G Street
   Bakersfield, CA  93301
4  Phone:  (661) 316-7888
5  Fax:  (661) 316-7890

6  **Attorneys for Plaintiff**

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 MAYEVERN CASEY                        ) Case No.  1:08-CV-01811-LJO-DLB
                                         )
11             Plaintiff,                ) **ORDER ON STIPULATION TO EXTEND**
                                         ) **DATE FOR FILING OF DISPOSITIVE**
12 vs.                                   ) **MOTIONS**
13                                       )
   METROPOLITAN LIFE INSURANCE           ) Dennis L. Beck, U.S. Magistrate Judge
14 COMPANY, a New York Corporation, and  ) Courtroom #9 (6th Floor)
15 DOES 1-5, inclusive                   ) Trial Date:  March 22, 2010
                                         )
16             Defendants.               )
                                         )
17                                       )
                                         )
18 _____      )

19
       The parties having so stipulated, IT IS HEREBY ORDERED that:
20
       The deadline for the filing of dispositive motions shall be extended to December 22nd, 2009.
21

22

23

24

25 IT IS SO ORDERED.

26     Dated:   **November 2, 2009**              /s/ Dennis L. Beck
27                                          UNITED STATES MAGISTRATE JUDGE

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING DATE