1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   MICHELLE Y. MCISAAC Bar No. 215294
3  michelle.mcisaac@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  Metropolitan Life Insurance Company

8  ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER
9  KATHLEEN RIVERA
   1925 G Street
10 Bakersfield, CA  93301
   Telephone:  (661) 316-7888
11 Facsimile:  (661) 316-7890

12 Attorneys for Plaintiff
   Mayevern Casey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| MAYEVERN CASEY, | CASE NO. 1:08-cv-1811 LJO DLB |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE DATES |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

1     Pursuant to the stipulation and agreement between Plaintiff Mayevern Casey ("Plaintiff")
2 and Defendant Metropolitan Life Insurance Company ("Defendant"), and good cause having
3 been shown, the following dates are continued in the case as follows:
4     1.    Dispositive motion filing deadline to January 26, 2010, to be heard no later than
5 February 23, 2010;
6     2.    Pre-trial conference to April 6, 2010;
7     3.    Trial to May 24, 2010.
8 **IT IS SO ORDERED.**
9     **No more continuances of the trial will be granted, absent good cause.**
10 DATED: December 21, 2009

12     /s/ Lawrence J. O"Neill
    HONORABLE LAWRENCE J. O'NEILL
13     UNITED STATES DISTRICT JUDGE

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1629652v1

-1-
[PROPOSED] ORDER CONTINUING CASE DATES