1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   MICHELLE Y. MCISAAC Bar No. 215294
3  michelle.mcisaac@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  Metropolitan Life Insurance Company

8  ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER
9  KATHLEEN RIVERA
   1925 G Street
10 Bakersfield, CA  93301
   Telephone:  (661) 316-7888
11 Facsimile:  (661) 316-7890

12 Attorneys for Plaintiff
   Mayevern Casey
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| MAYEVERN CASEY, | CASE NO. 1:08-cv-1811 LJO DLB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE DATE |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

SF/1688423v1

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE DATE

1     IT IS HEREBY STIPULATED AND AGREED by Plaintiff Mayevern Casey
2 ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") by and through
3 their respective attorneys of record to continue the pre-trial conference to April 13, 2010 at
4 8:30am.

5 DATE: April 5, 2010                       SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: */s/ Michelle McIsaac*
    Rebecca A. Hull
    Michelle Y. McIsaac
    Attorneys for Defendant
    Metropolitan Life Insurance Company

12 DATE: April 5, 2010                      ALEXANDER & ASSOCIATES, PLC

By: */s/ Kathleen Rivera*
    Kathleen Rivera
    Attorneys for Plaintiff
    Mayevern Casey

17 IT IS SO ORDERED.

18 Dated: April 5, 2010                 _/s/ Lawrence J. O'Neill_____
                                            HONORABLE LAWRENCE J. O'NEILL
                                            UNITED STATES DISTRICT COURT JUDGE