1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   MICHELLE Y. MCISAAC Bar No. 215294
3  michelle.mcisaac@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

6

7  Attorneys for Defendant
   Metropolitan Life Insurance Company

8  ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER
9  KATHLEEN RIVERA
   1925 G Street
10 Bakersfield, CA  93301
   Telephone:  (661) 316-7888
11 Facsimile:  (661) 316-7890

12 Attorneys for Plaintiff
   Mayevern Casey

13

14                    UNITED STATES DISTRICT COURT

15        EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

16

17 MAYEVERN CASEY,                      CASE NO. 1:08-cv-1811 LJO DLB

         Plaintiff,
18                                      STIPULATION FOR DISMISSAL WITH
19       v.                             PREJUDICE

   METROPOLITAN LIFE INSURANCE
20 COMPANY,

21       Defendant.

22

23

24

25

26

27

28

SF/1692045v1

STIPULATION FOR DISMISSAL WITH PREJUDICE

1

2         IT IS HEREBY STIPULATED by and between the parties to this action that the above-

3   captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the

4   Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and

5   attorneys' fees.

6   **IT IS SO STIPULATED**

7

8   DATE:                          SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                                 By: /s/_____

11                                     Rebecca A. Hull
                                       Michelle Y. McIsaac
12                                     Attorneys for Defendant
                                       Metropolitan Life Insurance Company

13

14  DATE:                          ALEXANDER & ASSOCIATES, PLC

15

16

17                                 By: /s/_____

18                                     Kathleen Rivera
                                       Attorneys for Plaintiff
19                                     Mayevern Casey

20  **IT IS SO ORDERED.**

21  DATED:  May 18, 2010

22                                     _/s/ Lawrence J. O'Neill_____
                                       UNITED STATES DISTRICT COURT JUDGE
23                                     HON. LAWRENCE J. O'NEILL

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP